**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR**
**SUBMISSION OF TRIAL MATERIALS**
**FOR NOVEMBER, 2011 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning November 1, 2011. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By October 18, 2011:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By October 25, 2011:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By October 28, 2011:  Responses to the Written Objections.

Dated: August 29, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge

| | | |
|---|---|---|
| 1. | Brent Buzzell | Thomas J. Lyons<br>Trista Roy |
| | vs CV 10-2046 RHK/FLN<br>    JURY | |
| | Citizens Automobile Finance Inc.<br>et al | Robert Kuderer |
| 2. | City of Blaine | Patrick Sweeney<br>Thomas Sweeney |
| | vs CV 10-3131 RHK/JJK<br>    JURY | |
| | Lexon Insurance Company | Marc Al<br>John Brogan<br>Kevin Ryan |
| 3. | Mazda Motor of America Inc. | Christopher Smith<br>David Allgeyer<br>James Vogler<br>Matthew Singer |
| | v s   CV 10-3634 RHK/JJK<br>        COURT | |
| | Suzuki Sports Center Inc.<br>et al | David Burns |

| | | |
|---|---|---|
| 4. | J & K of Crown Inc. | Gregory Spalj |
| | | Julie Doherty |
| | vs CV 10-3853 RHK/JJK | |
| | JURY | |
| | Mt Hawley Insurance Company | Jennifer Geelan |
| | | Patricia St Peter |